THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEWART HAMILTON, Appellant. [957 NYS2d 261]

Concur—

Andrias, J.P., Saxe, Moskowitz, Freedman and Abdus-Salaam, JJ.